UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ivan Rosario

    v.                                                                         Case No. 23-cv-0258-JL-AJ

FNU Boyer, et. al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 21, 2024.

                                                        _____
                                                        Joseph N. Laplante
                                                       United States District Judge

Date: December 23, 2024

cc: Ivan Rosario, pro se